IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RICHARD J. BACON,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:12-cv-646-O |
| **NCO FINANCIAL SYSTEMS, INC.** and **HORACE MANN COMPANIES,** | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Petitioner filed objections. The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct. Accordingly, Petitioner's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court. Accordingly, it is **ORDERED** that all of Plaintiff's claims are **DISMISSED with prejudice**.[1]

**SO ORDERED** on this **25th day** of **May, 2012.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Plaintiff failed to file an amended complaint within 14 days of the Magistrate Judge's findings, conclusions, and recommendations, as ordered by the Magistrate Judge. Accordingly, dismissal with prejudice is warranted.